AFFIDAVIT OF SOVEREIGNTY
AND
TREATY OF PEACE TO THE WORLD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:17 pm, Feb 04, 2019
JEFFREY P. COLWELL, CLERK

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Treaty Number: 071078-SMS

KNOW ALL MEN BY THESE PRESENTS

By the Authority vested in me by God and Nature's Law, Droit-Droit, I, Sean Michael Scott, the undersigned, hereby prescribe the following Articles of Sovereignty and Treaty of Peace to the World.

Affiant is over the age of majority, have personal first hand knowledge of the matters herein, and is competent to state that said matters are true, correct, certain, complete, and not meant to mislead and are presented in good faith.

As life progresses and the evils of the world become increasingly intrusive upon our Unalienable Rights and Liberties, We The People, must exercise our Duty to safeguard every Right and Liberty we are endowed with and when necessary hold those accountable who swore an Oath to uphold thr Original Contract (1787 with Bill of Rights of 1791) Article III Court (Original Jurisdiction at Common Law).

## ARTICLE I
### Parties, Capacity and Definitions:

1. **Soveriegn.** I exist as a Sovereign, natural born flesh-and-blood being. My authority for this contract is the God-given, age-old, timeless, and universal respect for the intrinsic power, property, and responsibilities of the Sovereign Being. I choose to comply with the principles of mutual respect which serve to bring harmony to this world's inhabutants. I have Sovereign immunity and therefore, my power to contract and enforce contracts is unlimited unless I infringe upon the rights of others.

2. **Sovereign Nation.** I operate through a genetic entity, named Sean Michael Scott, made in my own image, which I give life and power to. I act in capacity of a foreign nation without subjects, who rules autonomously and am not subject to any entity or jurisdiction anywhere. I am a Secured Party Creditor, hereinafter "Creditor," of the Respondents listed below, and am exempt from levy from any entity.

3. **Sovereign Person.** I use an artificial entity called SEAN MICHAEL SCOTT, an image of Sean Michael Scott, as a transmitting utility to conduct commercial business and to interface with other legal fictions in regard to contracts, transactions, negotiations, and judgments.

   **Respondent-Persons:** Are artificial entities created by spiritual beings for the purpose of participating in commerce. The following are legal persons and artificial entities called private corporations: UNITED NATIONS and its sub-corporations; UNITED STATES and its sub-corporations, including the STATE OF TEXAS and the other 49 STATES and the COUNTIES therein; MUNICIPALITIES and other sub-corporations, INTERNATIONAL MONETARY FUND: FEDERAL RESERVE BANK: and all registered corporations on the planet earth.

Page 1 of 9 Affidavit of Sovereignty - Treaty of Peace

Respondents-Natural Persons: Are spiritual beings who have agreed to relinquish their power and authority to an artificial entity of their own creation which they now must obey.

The following natural persons are public citizens, contracted under private corporate policy and employed as agents for the principals of their respective private corporations: Steven Mnuchin, d.b.a. Secretary of Treasury of the United States; d.b.a. Governor of the International Monetary Fund; d.b.a. Governor of the Federal Reserve Bank; Donald Trump, d.b.a. President of the United States; Antonio Guterres, d.b.a. Secretary General of the United Nations; Mike Pompeo, d.b.a. Secretary of State of the United States; John Roberts, d.b.a. Chief Justice of the United States Supreme Tribunal/Court; Wilbur Ross, d.b.a. Secretary of Commerce of the United States; Elaine Chao, d.b.a. Secretary of Transportation of the United States; Matthew Whitaker, or OFFICE HOLDER, d.b.a. Attorney General of the United States; Kirstjen Nielson, d.b.a. Director of Homeland Security; Sonny Perdue, d.b.a. Secretary of Agriculture of the United States; Rolando Pablos, d.b.a. Secretary of State of the State of Texas; Greg Abbott, d.b.a. Governor of the State of Texas; Nathan Hecht, d.b.a. Chief Justice of the State of Texas Supreme Tribunal/Court; Ken Paxton, d.b.a. Attorney General of the State of Texas; John Cornyn, d.b.a. United States Senator of the State of Texas; Al Green, d.b.a. United States Representative of the State of Texas; Jared Polis, d.b.a. Governor of the State of Colorado; Nathan Coats, d.b.a. Chief Justice of the State of Colorado Supreme Tribunal/Court; Phil Weiser, d.b.a. Attorney General of the State of Colorado; Jena Griswold, d.b.a. Secretary of State for the State of Colorado; Scott Tipton, d.b.a. United States Representative of the State of Colorado; Michael Bennet, d.b.a. United States Senator of the State of Colorado; John Kane, d.b.a. United States District Court Judge; Judith Smith, or OFFICE HOLDER, d.b.a. Assistant United States Attorney; John Walsh, or OFFICE HOLDER, d.b.a. United States Attorney; And all successor OFFICE HOLDERS, and agents thereof.

## ARTICLE II
## History

1. **Suspension of the Government of the united States of America.** On December 20, 1860 Anno Domini, the Congressmen of the southern States of America walked out of Congress in session because they did not agree with the policies the northern States had forced on them. This action caused a State of Emergency which suspended the Constitution and its government. Over 150 years since that time, America has been without a government, however, through contract, the republic was replaced by a foreign operated private corporation called the UNITED STATES.

2. **Invasion of America.** On February 21, 1871 Anno Domini, an elite group of private bankers created a private corporation in England, entitled UNITED STATES, hereinafter, "U.S.". The goal of the foreign corporation being – to invade America and gradually change its policies to better control the commerce of the land. The U.S. subtly and efficiently, replaced the republic, called the united States of America, in its functions and duties. In the beginning the jurisdiction of the U.S. extended only to the Ten Miles square of the area of Washington, District of Columbia, plus the territories that the U.S. had purchased. However, the U.S. eventually took control of the 50 State Republics by creating a corporation for each State named, "STATE OF ..., and the corresponding State's name."

3. **Attack on America.** On October 6, 1917 Anno Domini, the UNITED STATES passed a corporate policy called the "Trading with the Enemy Act." In Section 2, subsection (c) of the aforementioned Act, it defines the enemy as "other than citizens of the UNITED STATES." The American people were Sovereign, which made them "foreign governments" to the UNITED STATES and therefore, the Sovereign unknowingly became enemies of the State. On March 3, 1933 Anno Domini, the Trading with the enemy Act was then amended in order to confiscate the gold from the U.S. citizens (not the American Sovereigns) who were reimbused with "emergency money," issued by a private corporation known as the Federal Reserve Bank. This "emergency money" represented debt owed to the Federal Reserve Bank, in addition to an interest the people came to know as (Income Tax). Basically all U.S. citizens and Americans who traded in their gold as well, for the "emergency money" (debt), lost two dollars in the exchange.

4. **History of Current Contract.** On March 9, 1933 Anno Domini, due to the impending bankruptcy, the UNITED STATES made a "New Deal" with the U.S. citizens (not the American Sovereigns), entitled Senate Document Number 43, 73rd Congress, 1st Session, herein "contract." The contract stated, "It (Federal Reserve Notes, Bills and Bonds, etc.) will represent a mortgage on all the homes and other property of all the people in the Nation." As a result, title of all property was turned over to the State as evidenced by the statement in the contract. "The ownership of all property is in the State." In order to account for the monetary increases gained by the use of the people's property and production, the UNITED STATES created artificial entities termed "Persons," for each of the people, using people's own names. However, spelled in all capital letters. For example, John Doe, the man, would have a Person entitled JOHN DOE, named after him.

5. **Offer and Acceptance of Contract.** In 1933, the foreign operated corporation called the UNITED STATES made an offer to contract with my great, great grandfather, an American Sovereign, hereinafter referred to as "Principal." The U.S. was heavy in debt to the Federal Reserve Bank so the U.S. passed a law that required all U.S. citizens to turn in their gold. The Principal, being Sovereign, did not have to comply with this private corporate policy. However, he wanted to help the U.S. get out of debt, so he accepted the offer to contract and loaned the U.S. his gold, property and production for the remainder of his life. The contract has continuted through the life of my great grandfather, my grandfather, my father and now with me for a total of over eighty-five (85) years of my family's property, production and exemption, pursuant to the contract.

6. **Discharge of Public Debt.** On June 5, 1933 Anno Domini, part of the contract, entitled House Joint Resolution 192, stipulated that since the UNITED STATES removed the gold and substance required to "pay" off debt, they then had to state that "any obligation which purports to give the obligee the right to require payment... in an amount in money of the UNITED STATES measured thereby, is declared to be against public policy." This essentially was an insurance policy that protected legislators from conviction for fraud and treason against the American people for damages caused by this unconventional action of the UNITED STATES.

7. **Increasing the National Debt.** Since the U.S. Secretary of Treasury was the delegated Trustee of the bankruptcy, it was his duty to discharge all public debt that the creditor of the bankruptcy would be charged with (pursuant to copyrighted U.S. Rules of Bankruptcy). As creditors, the Principal and his successor heirs should have accepted every charge of debt they were offered, by the Respondents, then sign and remit the discharge to the Trustee for settlement of their account with the corporate U.S. as the debtor. However, the Principals as creditors mistakenly have been attempting to pay debts with debt instruments, entitled Federal Reserve Notes, inadvertently **DOUBLING** the debt, instead of **CANCELLING** it, thus increasing the National Debt.

8. **Creation of Person.** On or about July 10, 1978, Anno Domini, the UNITED STATES under contract with the creditor of the bankruptcy, and my existence and authority, created an artificial entity entitled **SEAN MICHAEL SCOTT**, hereinafter "Person." The application for the birth certificate of that Person, herein "title," created by the state when Sean Michael Scott was born, was the instrument through which the Person was created. The title was then registered in the commercial registry through a constructive contract created by the State.

9. **Acknowledgement to Fiduciary Heir.** Since the contract of March 9, 1933 Anno Domini, the fiduciary heirs have skillfully turned the insolvent UNITED STATES corporation and its sub-corporations into solvent entities, as evidenced by the Comprehensive Annual Financial Reports and combined budget reports showing assets in excess of Seventy (70) Trillion U.S. Dollars, Repository Trust accounts in excess of Thirty (30) Trillion U.S. Dollars, and large denomination repurchase agreements (redemption accounts) in M3 money. This is an incredible accomplishment and the fiduciary heir and their agents are thanked for their service and are highly commended for this great achievement.

## ARTICLE III
### Declarations and Claims

1. **Secured Claim.** On March 3, 2018 Anno Domini, I, Sean Michael Scott, filed a UCC-1 Financing Statement which included the Security Agreement between SEAN MICHAEL SCOTT, and Sean Michael Scott (the artificial entities created by the State) as the DEBTORS, and Sean Michael Scott, the superior claimant of Right as Creditor. This act Secured Title to the Person created by the States and Secures to Sean Michael Scott (the Creditor) all property attached to the Person under the Title SEAN MICHAEL SCOTT, and or Sean Michael Scott. This claim is undisputed and therefore stands by fiat that Sean Michael Scott hereinafter "Creditor," is Holder-In-Due-Course and Creditor of record of SEAN MICHAEL SCOTT, and or Sean Michael Scott.

2. **Redemption.** I hereby claim My exemption and inheritance of Right from My fiduciary heir, within the UNITED STATES corporation and initially claim $10,000,000,000.00 (Ten Billion Dollars) to be returned to Me by the fiduciary heir over an undetermined period of time at My discretion. This claim acts as the reacquisition of the security that the Principal issued and now I, as his heir, hereby accept pursuant to the terms of this provision.

3. **Sovereign Immunity.** All corporate, National and International "constitutions, laws, statutes, ordinances, regulations, rules, codes, orders, proclaimations, corporate policy, and public policy" are private copyrighted material. I do not possess a license nor have authority to use such copyrighted material, and conversely, such material or any other material or entity has no authority over Creditor's property or personal affairs and is herein Accepted for Value whenever Respondents attempt to enforce it upon Creditor. Creditor will consider the above private corporate policy when dealing with U.S. and other National citizens for the purpose of maintaining harmony in society. Creditor's immunity as a Sovereign is absolute, and the terms and conditions of this contract are enforceable and stands regardless of any condition in the future, including State of Emergency, Martial Law, Declaration of War and any and all other conditions.

4. **In Itinere Status.** I hereby declare My in itinere status as a foreign Sovereign according to the principles of law as stated by the Hague Convention of October 5, 1961 Anno Domini and the Vienna Convention of April 19, 1961 Anno Domini, witnessed by the seal from the Secretary of State of Colorado.

5. **Acceptance of Contracts.** All contracts i.e. adhesion, constructive, gratuitous, onerous, quasi, and other applications for license, permits, general benefits, and specific benefits listed, assumed or presumed in the Individual Master File maintained by the Internal Revenue Service, IRS or any other agency or quasi agency of the UNITED STATES and United Nations, and all other invisible contracts have **NOT** been made with the Creditor, but with the Person created by the States, I, Sean Michael Scott, Sovereign/Secured Party Creditor in itinere, hereby Accept for Value all public contracts, presentments and other agreements with a qualified acceptance each and every time a public employee or officer of any rank presents an offer to contract with the Person or with the Creditor as the presumed surety for the Person, from this day forward.

6. **Foreign Currency.** The Respondents have been using the credit of the Creditor up to this point in time as security for Federal Reserve Notes, Treasury Bills, Notes and Bonds. From this point in time forward, Creditor, as a foreign nation, has full authority to authorize use of his own credit for discharge of public debts by using any instrument of choice that serves to sufficiently communicate such transaction intent to the party receiving said credit, and acts as a private contract between parties, thereby excluding any and all third party entities which include the UNITED STATES, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND and all agents thereof that may attempt to impede commerce of Creditor. I hereby accept the responsibility for increasing the national debt of the Principal, his successor heirs, and Myself by accepting and remitting any further debt obligations for settlement and setoff to the particular Respondent making the offer as an agent of the U.S. Secretary of Treasury.

7. **Unlimited Liability.** Consistent with the eternal principle of ultimate acceptance, Creditor hereby accepts full responsibility for creating everything in his world, constructive and destructive, and if another's rights are violated, Creditor alone will put the injured party back to a position as good as they were before the incident.

Page 5 of 9 Affidavit of Sovereignty - Treaty of Peace

8. **Copyright and Licensing.** Notice is hereby given that the names Sean Michael Scott, and SEAN MICHAEL SCOTT, and any and all variation(s) and derivative(s) of them, and all laws issued in this private treaty are copyrighted property. Respondents must have express written permission from Creditor to use this material by obtaining a copyright license from Creditor. Necessary licensing includes the use of Creditor's names for the purposes of exemption, deduction, and as security for printing Federal Reserve Notes and all other instruments. Since all Respondents are foreign corporations and agents to the land called America, they are also required to obtain a business license from Creditor to operate in commerce.

9. **Notice of Non-Consent.** Notice is hereby given that Creditor, as a foreign nation does not consent to Respondents, as persons and private corporations, judging him on any matter in any instance, at any location, at any time nunc pro tunc, beginning July 10, 1978 Anno Domini now or in the future. Creditor does not subordinate his position of record as Creditor over the Respondents as Debtors.

10. **Declaration of Peace.** In October of 2001, the U.S. Senate and House passed a Public Policy called **"The Uniting and Strengthening of America Act."** I hereby accept this act as an offer of Peace from the UNITED STATES of Respondents to the American Sovereigns from terrorism, foreign and domestic.

## ARTICLE IV
## Delegation of Duties

1. **Delegation of Fiduciary Duty.** Unless otherwise expressed by Creditor, the United States Secretary of State, Mike Pompeo, Texas Secretary of State, Rolando Pablos, and Colorado Secretary of State, Jena Griswold, and their successor office holders, are hereby delegated as the Fiduciary(s) of the private trust known as SEAN MICHAEL SCOTT, and or Sean Michael Scott. Pursuant to the 1933 contract, "The ownership of all property is in the State; Individual, so-called ownership is only by virtue of Government, i.e. law amounting to mere user." Since the State has claimed ownership of all property, the Delegated Fiduciary(s) will henceforth be responsible for the property that is held for the Creditor. Responsibilities include, but are not limited to, the discharging of all property taxes for land and personal property, discharge for all maintenance, insurance, permits, licensing and registration fees for vehicles and all property, and the discharge of all fines for civil and criminal charges the Person and or Creditor may be charged with, nunc pro tunc. Creditor will use the property as "mere user" for any and every purpose of his choice, for an unlimited period of time without hinderance from any entity.

2. **Delegation of Surety Duty.** Creditor hereby delegates the U.S. Secretary of Treasury, Steven Mnuchin, and Successor office holders, as the Surety of the exempt private trust known as SEAN MICHAEL SCOTT or Sean Michael Scott, and the property, repository accounts and accruing annuity therein claimed by the Creditor. The Surety will perform monetary transfers whenever requested by the Creditor and will honor any instrument that the Creditor decides to use providing the instrument communicates the

appropriate information to transact the discharge of all debt, public and private. As Officer of the Internal Revenue Service, IRS, the Surety is also charged with the duty of collecting taxes for Creditor from the Respondents as Debtors.

3. **Delegation of Security Duty.** Creditor hereby delegates the U.S. Director of Homeland Security, Kirstjen Nielson and successor office holders, as the officer in charge of the U.S. Secret Service for defending the Creditor as a visiting head of a foreign government, and to protect all possessions and property of the Creditor as well as the Person against all acts of terrorism, foreign and domestic. Investigative responsibilities of the U.S. Secret Service are to detect and arrest persons committing any offense(s) against the laws of this Treaty relating to drafts, obligations, and securities of the Creditor as a foreign government.

4. **Delegation of Peace Keeping Duty.** Creditor hereby delegates Matthew Whitaker, or OFFICE HOLDER, d.b.a. Attorney General of the UNITED STATES, and Ken Paxton, d.b.a. Attorney General of the State of Texas, as well as Phil Weiser, d.b.a. Attorney General of the State of Colorado and all successor office holders, as the chief law officers of the Creditor, being created by contracts, who's office is to represent the trust, entitled SEAN MICHAEL SCOTT, and or Sean Michael Scott, exhibit information, and prosecute for the Creditor in matters criminal, and to file bills in the Treasury in any matter concerning the Creditor's revenue.

5. **Delegation of Judicial Duty.** Creditor hereby delegates John Roberts, d.b.a. Chief Justice of the Supreme Tribunal/Court of the United States, Nathan Hecht, d.b.a. Chief Justice of the State of Texas Supreme Tribunal/Court, and Nathan Coats, d.b.a. Chief Justice of the State of Colorado Supreme Tribunal/Court, and successor office holders, as the de jure Judicial Officer(s) for the Creditor. Responsibilities include, but are not limited to, forthright de jure Jurisprudence (Justice) in accordance with a Court of Original Jurisdiction at Common Law, thereby an **Article III Court** of justice affirmed by the Constitution of the united States of America (Republic) and the States of Texas (Republic) and Colorado (Republic), **1787**, with the Bill of Rights of **1791**, as lawfully amended by the qualified electors of the several states of this American Union, and Laws of the de jure American Republic. To revoke, rescind, cancel, and terminate any/all papers, documents, files, records, contracts, commercial agreements that Creditor did not enter Knowingly, Willingly, Voluntarily, Intentionally, Intelligently, with Full-Disclosure and meeting of the minds that would bind the Creditor into suretyship with, or create an obligation to, the UNITED STATES, the STATE OF TEXAS, the STATE OF COLORADO, and/or the Federal Reserve, as well as a Duty to obtain/effect for the Creditor's benefit, any/all Remedies provided, thereby, the authority of **Article III** of the Original Contract, circa **1787**, and **1791**, upon any/all past, present, and future actions.

**Additionally:** All Respondents are Assignees, to wit: Fiduciaries, thereby, have a responsibility to Creditor to perform in accordance with the offices of the agency they represent, and all successor office holders have same duty, and must answer (when called upon in respective capacity), to assist, and collaborate with, any and every assignee necessary to

effect further and/or complete any/all duties of a particular Office Holder (Agency), assigned to Assignee(s), jointly and severally, under this Delegation of Duties of this Treaty/Contract.

## ARTICLE V
### Terms and Conditions

1. **Oath of Office.** An Oath of Office must be taken by each of the above and therein named Respondents-Natural Persons to uphold this contract and the agreements therein to the **BEST OF THEIR ABILITY AND MUST SWEAR TO PROTECT AND SERVE IT FROM ENEMIES,** foreign and domestic. Assent to this contract is deemed that the Respondents have taken the oath.

2. **Violations and Sanctions.** Herein are the penalties for violations of the contract that Respondents and their agents assented to and agree to compensate Creditor for, in event a violation occurs;

    A.  $10,000,000.00 (Ten Million Dollars) per person involved for each instance of arrest and incarceration conducted by Respondents or their agents and the same amount each day thereafter until release;

    B.  $1,000,000.00 (One Million Dollars) per person for each instance of impeding Creditor's commerce in any way whatsoever or triple damages, whichever is greater;

    C.  $1,000,000.00 (One Million Dollars) per person for each instance of harrassment, threat of any type/kind, or any act of terrorism or war from any one of the Respondents or their agents;

    D.  $1,000,000.00 (One Million Dollars) per person for each instance of arrest, search, seizure, damage of Creditor's property, court order, warrant, or charge issued by Respondents;

    E.  $1,000,000.00 (One Million Dollars) per person for each instance of unauthorized deduction against Creditor's tax exempt status.

3. **Arbitration of Violations.** All Violations of this contract will be settled through private administrative process by both parties involved. In the event the offender(s) assent to all charges, a panel of three (3) disinterested parties under the determination of an International Tribune, will act as the judicial process to issue final judgment according to the principles of Tacit Law. The judgment will then be recorded and perfected as a claim and executed under involuntary bankruptcy in the offender's private capacity. The judgment will also act as a confession by the offender(s), and the Attorney General of the State in which the violation occurred will be notified of the decision so that Respondents shall prosecute the offender(s) criminally as required by applicable copyright corporate policy that Respondents have sworn to uphold.

4. **Caveat.** In the absence of a clear written contract between us, My Affidavit will result in a clear understanding and meeting of the minds of the parties clearly identified. Your failure to properly and timely respond is your agreement with the statements and averments I have made herein. This Affidavit stands as truth in commerce unless properly rebutted

within twenty-one (21) days of your receipt of this Affidavit. Your response must be made by Affidavit with a notarized signature (full name, proper English spelling) in blue ink, rebutting my Affidavit point for point with documentation proof of claim to support your statements, and must note it is "true, correct, certain and complete, and not intended to mislead," and forward an original to the Document Custodian, Phillip Joseph Anglin, c/o 306 West 22nd Street, Pueblo, Colorado Republic [81003].

As it is said, so it is done.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S)

### NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL

Subscribed and executed on the Sixteenth Day of the Seventh Month in the Year of Our Lord Two Thousand Eighteen, Anno Domini.

In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse 1:
" In the mouth of two or three witnesses, shall every word be established. "

via; Witness: _"Without Prejudice"_ _[signature]_ 16 July 2018 A.D.
Richard Pearson                                          Date
Man Upon The Soil Of The American Republic

via; Witness: _without prejudice_ _[signature]_ 16 July 2018
Carlos Lyles                                              Date
Man Upon The Soil Of The American Republic

via; Witness: _"Without Prejudice"_ _[signature]_ 16 July, 2018 A.D.
Andre' Hendricks                                          Date
Man Upon The Soil Of The American Republic

" Without Prejudice "

Address for Affiant          Autograph : _[signature]_
                                          Sean Michael Scott, Affiant
c/o 306 West 22nd Street                  Sovereign-Secured Party Creditor
Pueblo, Colorado Republic                 Man Upon The Soil Of The American Republic
America

CERTIFICATE OF SERVICE

BY DOCUMENT CUSTODIAN

It is hereby certified, that on ~~Feb 1st~~, ~~2018~~ 2019 Anno Domini, I, Phillip Anglin, as Document Custodian, made Service of the following: AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD, Treaty/Contract Number: 071078-SMS

TO: John Kane
DBA: JOHN KANE
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLORADO
901 19TH STREET
DENVER, COLORADO [80294]

Hereinafter, " Respondent, " the document(s) AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD, For: Sean Michael Scott, a sentient moral being, to wit: Treaty/Contract Number: 071078-SMS, sent Certified Mail-Return Receipt Requested Number: 7000 1670 0009 8759 6625, by placing same in a post-paid envelope properly addressed to Respondent at said address and depositing same at an Official Depository under Exclusive face and custody of the United States Postal Service within the County of Pueblo Republic, within the Republic State of Colorado.

_____                    2/1/19
Signature of Document Custodian                      Date

[Note: Document Custodian, Phillip Anglin, is not an ATTORNEY licensed to practice in any State and has not given legal advice or accepted fees for legal advice, provided no assistance in the preperation of the above referenced document(s), and has no interest in any issue referenced therein. Phillip Anglin, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communication between the parties].

Address: c/o 306 West 22nd Street
Pueblo, Colorado Republic            Phillip Anglin
America                              Print Full Name