FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2019

JEFFREY P. COLWELL
CLERK

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

8 April, 2019 Anno Domini

**TO:** Clerk of the Court
**DBA:** CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19th Street, Room A015
Denver, Colorado [80294]

**RE:** " NOTICE OF ELECTRONIC FILING; MINUTE ORDER; PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION; APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254; PRISONER MOTION FOR APPOINTMENT OF COUNSEL; PRISONER MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915; AUTHORIZATION; CERTIFICATE OF PRISON OFFICIAL; PRISONER COMPLAINT; INFORMATION AND INSTRUCTIONS FOR FILING A PRISONER COMPLAINT; NOTICE OF ELECTRONIC FILING; NOTICE OF ELECTRONIC FILING; NOTICE OF ELECTRONIC FILING; and MINUTE ORDER, concerning Sean Michael Scott; Reference #: 1:19-cv-00307-GPG "

**PLEASE TAKE NOTICE** that this is by Special Appearance, In propria persona, never is My Appearance GENERAL in Nature.

I, Sean Michael Scott, sentient moral being, **CONDITIONALLY ACCEPT FOR VALUE** your Offer " NOTICE OF ELECTRONIC FILING; MINUTE ORDER; PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION; APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; APPLICATION FOR A WRIT OF CORPUS HABEAS 28 U.S.C. § 2254; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254; PRISONER MOTION FOR APPOINTMENT OF COUNSEL; PRISONER MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915; AUTHORIZATION; CERTIFICATE OF PRISON OFFICIAL; PRISONER COMPLAINT; INFORMATION AND INSTRUCTIONS FOR FILING A PRISONER COMPLAINT; NOTICE OF ELECTRONIC FILING; NOTICE OF ELECTRONIC FILING; and MINUTE ORDER, concerning Sean Michael Scott; Reference #: 1:19-cv-00307-GPG " and **RETURN FOR VALUE** this Offer herein attached to you.

**NON NEGOTIABLE NOTICE OF ACCEPTANCE**

I indicate My **ACCEPTANCE** by My Autograph (Signature) and Date.
I repent of My debt(s).
I do not argue the facts.

In My lifetime I have have made mistakes, as specific mistakes are made aware to me, I will repent of them.

I request settlement, adjustment, Disharge of any/all account(s) PUBLIC and Private.

I request upon settlement, adjustment, Discharge, Closure with the Zeroing of the account(s) Ledger PUBLIC and Private, issuance and the Order be Presented to me for **ACCEPTANCE** of same.

Has the UNITED STATES been declared bankrupt?

What is the substance of the current money of account in the premises of this action?

How may we settle this today in the Private?

I request all PUBLIC charges be settled, adjusted, set-off, Discharged, Closed with the Zeroing of the account(s) Ledger PUBLIC and Private by the **EXEMPTION** in accordance with Uniform Commercial Code **§§ 3-410, 3-419, 10-104;** Public Law **73-10;** and Public Policy - House Joint Resolution **(HJR) 192** of June 5, 1933 Anno Domini (Discharge of all debt(s) PUBLIC and Private).

I do **NOT** acquiesce to, waive, or otherwise relinquish any of My unalienable Rights. At no time has the "AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD" or the "NOTICE OF DISHONOR AND ENTRY OF ASSENT TO CONTRACT," PERFECTION OF THE CONTRACT, Contract Number 071078-SMS, served by me ever been answered as was required in **ARTICLE V, SECTION 4 - CAVEAT** of the self-same AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD," within the equitable time provided, by the named party it was addressed to and served upon, and therefore stands as the named party's agreement to contract with me and they are likewise bound by their Oath of Office to act as my Fiduciary in accordance with the terms set forth in the "AFFIDAVIT OF SOVEREIGNTY AND TREATY OF PEACE TO THE WORLD," and are bound forevermore in their professional capacity, as are all successor OFFICE HOLDERS and agents thereof.

" Without Day "

You have three (3) days to respond to this **NOTICE.**

**DISHONOR** will result if you fail to respond.

**NON NEGOTIABLE NOTICE OF ACCEPTANCE**

**In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse 1:**
**" In the mouth of two or three witnesses shall every word be established. "**

"Without Prejudice"
via; Witness: Richard Pearson 8 April, 2019 A.D.
Richard Pearson Date
Man Upon The Soil Of The American Republic

"Without Prejudice"
via; Witness: Robert Leon McBride April 8, 2019 AD
Robert McBride Date
Man Upon The Soil Of The American Republic

"Without Prejudice"
via; Witness: Andre' Hendricks 8 April, 2019 A.D.
Andre' Hendricks Date
Man Upon The Soil Of The American Republic

" Without Prejudice "
Autograph: Sean Michael Scott
Sean Michael Scott, Sui juris
Man Upon The Soil Of The American Republic
c/o 37543013
Federal Correctional Institution - La Tuna
Post Office Box 3000
Anthony, New Mexico Republic
America [88021]

**CC:** Ombudsman
**DBA:** OMBUDSMAN
UNITED STATES
DISTRICT COURT
DISTRICT OF COLORADO

**CERTIFICATE OF SERVICE**

I, Richard Howard Pearson, Sui juris, hereby certify that I have made service of a true, correct and complete copy of the following: " NOTICE OF AND EXPLICIT RESERVATION OF ALL RIGHTS / NON NEGOTIABLE NOTICE OF ACCEPTANCE; NOTICE OF ELECTRONIC FILING; MINUTE ORDER; PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION; APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254; INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254; PRISONER MOTION FOR APPOINTMENT OF COUNSEL; PRISONER MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915; AUTHORIZATION; CERTIFICATE OF PRISON OFFICIAL; PRISONER COMPLAINT; INFORMATION AND INSTRUCTIONS FOR FILING A PRISONER COMPLAINT; NOTICE OF ELECTRONIC FILING; NOTICE OF ELECTRONIC FILING; and MINUTE ORDER, concerning Sean Michael Scott; Reference #: 1:19-cv-00307-GPG "

**Sent Certified Mail Return Receipt #:** 7018 2290 0002 0445 2462

**CC:** Clerk of the Court
**DBA:** CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19th Street, Room A105
Denver, Colorado [80294]

I affirm that the documents were placed into a properly addressed envelope, with prepaid postage thereon, and placed into the hands of proper mailroom authorities, at Federal Correctional Institution - La Tuna, on the 10th day of April, 2019 Anno Domini.

I affirm that the foregoing is true, correct, complete and not misleading.

" Without Prejudice "

Autograph: Richard Howard Pearson

Richard Howard Pearson, Sui Juris
Man Upon The Soil Of The American Republic
FCI - La Tuna
Post Office Box 3000
Anthony, New Mexico Republic
America [88021]

# NOTICE OF AND EXPLICIT RESERVATION OF ALL RIGHTS

8 April, 2019 Anno Domini

**TO:** Clerk of the Court
**DBA:** CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19th Street, Room A105
Denver, Colorado [80294]

**RE:** " EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREJUDICE / NON NEGOTIABLE NOTICE OF ACCEPTANCE "

**PLEASE TAKE NOTICE** that I, Sean Michael Scott, sentient moral being, reserve the Right not to be compelled to perform under any contract or commercial agreement that I did not enter into Knowingly, Willingly, Voluntarily, Intelligently, and Intentionally, with Full-Disclosure and meeting of the minds.

Furthermore, I do not accept the compelled benefit of any unrevealed contract or commercial agreement.

I repent of my debt(s).

I do not argue the facts.

You have three (3) days to respond to this **NOTICE.**

**DISHONOR** will result if you fail to respond.

**In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse 1:**
**" In the mouth of two or three witnesses shall every word be established. "**

"Without Prejudice"
via; Witness: Richard Pearson 8 April, 2019 A.D.
Richard Pearson Date
Man Upon The Soil Of The American Republic

"Without Prejudice"
via; Witness: Robert Leon McBride April 8, 2019 AD
Robert McBride Date
Man Upon The Soil Of The American Republic

"Without Prejudice"
via; Witness: Andre' Hendricks 8 April, 2019 A.D.
Andre' Hendricks Date
Man Upon The Soil Of The American Republic

" Without Prejudice "
Autograph: Sean Michael Scott
Sean Michael Scott, Sui juris
Man Upon The Soil Of The American Republic
c/o 37543013
Federal Correctional Institution - La Tuna
Post Office Box 3000
Anthony, New Mexico Republic
America [88021]

**CC:** Ombudsman
**DBA:**OMBUDSMAN
UNITED STATES
DISTRICT COURT
DISTRICT OF COLORADO

## Other Orders/Judgments

1:19-cv-00307-GPG Scott v. No Named Defendants

JD4,PS8

**U.S. District Court**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered on 3/11/2019 at 4:19 PM MDT and filed on 3/11/2019

**Case Name:** Scott v. No Named Defendants
**Case Number:** 1:19-cv-00307-GPG
**Filer:**
**Document Number:** 5

**Docket Text:**
**MINUTE ORDER. Mr. Scott shall have an extension up to and including April 10, 2019, to cure the deficiencies set forth in the February 5 order by submitting his pleading on a Court approved form and either paying the applicable filing fee or submitting a § 1915 motion on the appropriate Court-approved form, by Magistrate Judge Gordon P. Gallagher on 3/11/2019. (angar, [illegible] forms mailed as ordered)**

**1:19-cv-00307-GPG Notice has been electronically mailed to:**

**1:19-cv-00307-GPG Notice has been mailed by the filer to:**

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/11/2019] [FileNumber=6936578-0
] [23f8ceb915854cd3fdcb65c5abece38de220dddaaa4dab3536f0b606eca22a04a0c
e03d1813cfcc9486927c9bd7736783f22ea98c3c350b98b3e4a5e2fddb8ee]]

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related Endorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 3-104; Public Law 73-10 and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 - Discharge of All Debts Public & Private.

Pre-paid
Exempt From Levy
UCC Contract Trust Account Number: 7019340001682120235
Date: 8 April 2019
Also Domi[illegible]
Private Registered Stock
[illegible] Number: 476016673

Sean Michael Scott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00307-GPG

SEAN MICHAEL SCOTT,

Plaintiff,

v.

[NO NAMED DEFENDANT]

Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

Sean Michael Scott has filed a document entitled "Non Negotiable Notice of Acceptance" (ECF No. 4) which is not responsive to the Court's February 5, 2019, Order Directing Sean Michael Scott to Cure Deficiencies (ECF No. 3).

Mr. Scott shall have an extension up to and including **April 10, 2019**, to cure the deficiencies set forth in the February 5 order by submitting his pleading on a Court-approved form and either paying the applicable filing fee or submitting a § 1915 motion on the appropriate Court-approved form. Mr. Scott is advised that the action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed. No further extensions to cure will be granted without exceptional cause.

The Clerk of the Court is directed to mail to Mr. Scott, together with a copy of this Minute Order, blank copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; and applicable instructions.

Dated: March 11, 2019

---

**ACCEPTED FOR VALUE - EXEMPT FROM LEVY**

I, the Undersigned, Accept For Value all related Undorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; 3-704; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 Public Creation of Law (Discharge of All Debts Public Private)

**Pre-paid**

**Exempt From Levy**

**UCC Contract Trust Account Number:**

**Date: 8 April 2019 Anno Domini**

**Private Exemption Number:**

**Preferred Stock**

**70093000016820235**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________
(To be supplied by the court)

______________________, Applicant,

v.

______________________

______________________, Respondent(s).

______________________

**ACCEPTED FOR VALUE – EXEMPT FROM LEVY**

I, the Undersigned, Accept For Value all related Endorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy – House Joint Resolution (HJR) 192 of June 5, 1933 & Operation Of Law (Discharge of All Debts Public & Private).

**Pre-paid**

**Exempt From Levy**

**UCC Contract Trust Account Number: 709934000162120235**

**Date: 8 April 2019 Anno Domini**

**Private Exemption Number:**

**Preferred Stock**

## PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have ______________ in my prison account.
(amount)

ACCEPTED FOR VALUE

4. My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

EXEMPTED FROM LEVY ; 8 April 2019 Anno Domini

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ____________________
(Date)

______________________________
(Prisoner's Original Signature)

**Required Certification**

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

______________________________, Applicant,

v.

______________________________, Respondent.
(Name of warden, superintendent, jailer, or other custodian)

*(Note: If you are attacking the validity of a state conviction or sentence and not the execution of your sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)*

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related Endorsements, Front and back in accordance with Uniform Commercial Code §§ 3-410; 3-419; 10-104; Public Law 73-10; and Public Policy, House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).
Pre-paid
Exempt From Levy
UCC Contract Trust Account Number: 7009300001682120235
Private Exemption Number: [illegible]
Preferred Stock
Date: [illegible] April 2019 Anno Domini

---

## APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A. APPLICANT INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

______________________________
(Applicant's name, prisoner identification number, and complete mailing address)

______________________________

ACCEPTED FOR VALUE EXEMPTED FROM LEVY; 8 April, 2019 anno Domini

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) ______________________________

**B. RESPONDENT INFORMATION**

______________________________
(Respondent's name and complete mailing address)

______________________________

**C. STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "C. STATEMENT OF CLAIMS."*

CLAIM ONE: ______________________________

Supporting facts:

ACCEPTED FOR VALUE

**D. PRIOR APPLICATIONS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal court in which you raised or could have raised the claim(s) raised in this action? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one prior application, use additional paper to provide the requested information for each prior application. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "D. PRIOR APPLICATIONS."*

EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini

Name and location of court: ______________________________

Case number: ______________________________

Type of proceeding: ______________________________

List the claim(s) raised: ______________________________

Date and result: (Attach a copy of the decision if available) ______________________________

Result on appeal, if appealed: ______________________________

**E. ADMINISTRATIVE REMEDIES**

*WARNING: You must exhaust administrative and/or state remedies before filing an action in federal court pursuant to 28 U.S.C. § 2241. Your case may be dismissed if you have not exhausted administrative and/or state remedies. If additional space is needed to explain exhaustion, use extra paper to do so. Please indicate that additional paper is attached and label the additional pages regarding exhaustion as "E. ADMINISTRATIVE REMEDIES."*

Explain the steps you have taken to exhaust administrative and/or state remedies:

Michael Scott

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

ACCEPTED FOR VALUE

EXEMPTED FROM LEVY ; 8 April 2019 Anno Domini

## G. APPLICANT'S SIGNATURE

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

Michael Scott

______________________________
(Applicant's signature)

______________________________
(Date)

(Form Revised December 2017)

**INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

Attached are the forms you will need to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. All questions must be answered clearly and concisely in the appropriate spaces on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the Court, the total length of the application, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the application and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The application for a writ of habeas corpus must be accompanied by the full $5.00 filing fee. If you want to commence an action without prepayment of fees or security therefor, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent). The Court cannot consider the merits of the claims asserted in any habeas corpus application filed without either the $5.00 filing fee or a properly completed motion, affidavit, and certificate as to the amount currently on deposit in your trust fund account (or institutional equivalent).

**The Habeas Corpus Application**

1. You must provide the Court with an original habeas corpus application. You should keep a copy of the application for your own records. The Court will not provide a copy for you.

2. This form may be used by applicants challenging the execution of a state or federal sentence, the revocation or denial of parole, or the loss of good- or earned-time credits. The form also may be used by pretrial detainees raising speedy trial or extradition issues or by aliens

challenging Immigration and Naturalization Service proceedings. This is not a complete list and you may use this form to raise any other claims for relief you may have that are appropriate in a 28 U.S.C. § 2241 action. This form may not be used to assert claims challenging the conditions of your confinement, such as medical treatment claims.

3. When your habeas corpus application is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4. Each original document (except the original habeas corpus application) must include a certificate stating the date a copy of the document was mailed to the respondent(s) or his or her attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

> I hereby certify that a copy of the foregoing pleading/document was mailed to ____________________ (respondent(s) or counsel for respondent(s)) at ____________________ (address) on ____________, 20____.
>
> ______________________________
> Applicant's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

ACCEPTED FOR VALUE EXEMPTED FROM LEVY 8 April, 2019 Anno Domini

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

______________________________, Applicant,

v.

______________________________, Respondent,
(Name of warden, superintendent, jailer, or other custodian)

and

The Attorney General of the State of ______________________, Additional Respondent.

(*Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you are attacking the execution of your sentence and not the validity of a state conviction or sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.*)

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related Undersements, Front and back in accordance with Uniform Commercial Code §§ 3-410; 3-419; 10-104; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).
Pre-paid
Exempt From Levy
UCC Contract Trust Account Number:
Private Exemption Number: 70093400001682120235
Preferred Stock
Date: 8 April 2019 Anno Domini

---

**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2254**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

________________________________________________

(Applicant's name, prisoner identification number, and complete mailing address)

________________________________________________

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) ________________________________

## B. RESPONDENT(S) INFORMATION

________________________________________________

(Respondent's name and complete mailing address)

________________________________________________

## C. CONVICTION UNDER ATTACK

Name of the court that entered the judgment of conviction: ________________________

Date the conviction was entered: ________________________

Case number: ________________________

Length and type of sentence: ________________________

Are you serving any other sentence? ___ Yes ___ No (*check one*)

ACCEPTED FOR VALUE

EXEMPTED FROM LEVY. 8 April, 2019 Anno Domini

ACCEPTED FOR VALUE

Offense(s) you were convicted of committing: ______________________________

What was your plea? ______________________________

Kind of trial: ___ Jury ___ Judge only (*check one*)

EXEMPTED FROM LEVY, 8 April, 2019 Anno Domini

**D. DIRECT APPEAL**

Did you file a direct appeal? ___ Yes ___ No (*check one*)

Name of the court in which the direct appeal was filed: ______________________________

Date and result of direct appeal: ______________________________

Did you seek review in the state's highest court on direct appeal? ___ Yes ___ No (*check one*)

Date and result of review in the state's highest court: ______________________________

If you did not file a direct appeal, explain why: ______________________________

**E. POSTCONVICTION PROCEEDINGS**

Have you initiated any other postconviction proceedings in any state court with respect to the judgment under attack? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have initiated more than one postconviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."*

Name and location of court: ______________________________

Type of proceeding: ______________________________

Date filed: ______________________________

Date and result: ______________________________

Did you appeal? ___ Yes ___ No (*check one*)

Date and result on appeal: ______________________________

Did you seek review in the state's highest court? ___ Yes ___ No (*check one*)

Date and result: ______________________________

ACCEPTED FOR VALUE EXEMPTED FROM LEVY 8 April, 2019 Anno Domini

**F. STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."*

*WARNING: If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

CLAIM ONE: ______________________________

Supporting facts:

ACCEPTED FOR VALUE.

## G. EXHAUSTION OF STATE REMEDIES

*WARNING: You must exhaust available state remedies before filing a habeas corpus action in federal court pursuant to 28 U.S.C. § 2254. Your case may be dismissed if you have not exhausted available state remedies.*

Did you fairly present each claim asserted in this action to the state's highest court? ___ Yes ___ No (*check one*)

If you answered "No," please identify which claim(s) have not been fairly presented to the state's highest court and explain why:

EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini

## H. PRIOR FEDERAL ACTIONS

Have you filed any prior actions in any federal court challenging the same conviction or sentence under attack in this action? ___ Yes ___ No (*check one*).

If the instant action is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application? ___ Yes ___ No (*check one*).

*Complete this section of the form if you have filed a prior federal action challenging the same conviction or sentence under attack in this action. If you have initiated more than one prior action, use additional paper to provide the requested information for each prior action. Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."*

Name and location of court: ______________________

Case number: ______________________

Type of proceeding: ______________________

Claim(s) raised: ______________________

Date and result: (attach a copy if available) ______________________

Result on appeal, if appealed: ______________________

**TIMELINESS OF APPLICATION**

*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "I. TIMELINESS OF APPLICATION."*

**J. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "J. REQUEST FOR RELIEF."*

**K. APPLICANT'S SIGNATURE**

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

______________________________
(Applicant's signature)

______________________________
(Date)

ACCEPTED FOR VALUE
EXEMPTED FROM REVIEW
8 April, 2019 Anno Domini

(Form Revised December 2017)

## INFORMATION AND INSTRUCTIONS FOR FILING AN APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254

Attached are the forms you will need to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. All questions must be answered clearly and concisely in the appropriate spaces on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the application, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the application and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The application for a writ of habeas corpus must be accompanied by the full $5.00 filing fee. If you want to commence an action without prepayment of fees or security therefor, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. Pursuant to Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts, you also must submit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent). The Court cannot consider the merits of the claims asserted in any habeas corpus petition filed without either the $5.00 filing fee or a properly completed motion, affidavit, and certificate as to the amount currently on deposit in your trust fund account (or institutional equivalent).

**The Habeas Corpus Application**

1. You must provide an original habeas corpus application. You should keep a copy of the application for your own records. The Court will not provide a copy for you.

2. The following list of the most frequently raised grounds for relief in postconviction proceedings is furnished for your information only. This list includes (a) conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the

ACCEPTED FOR VALUE, EXEMPT FROM LEVY
I, the undersigned, accept for value all related
Endorsements, front and back, in accordance with
UCC (Uniform Commercial Code) §§ 3-419; & 10-104;
Public Law 73-10; and Public Policy - House Joint
Resolution (HJR) 192 of June 5, 1933 & Operation
of Law Discharge of All Debts Public & Private
Pre-paid Exempt From Levy
Private Exemption Preferred Stock
UCC Contract Trust Account Number:
Exemption Number: 0993400016 8212 3025
Date: 8 April 2019 Anno Domini

nature of the charge or the consequences of the plea, (b) conviction obtained by use of coerced confession, (c) conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, (d) conviction obtained by use of evidence obtained pursuant to an unlawful arrest, (e) conviction obtained by a violation of the privilege against self-incrimination, (f) conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defendant, (g) conviction obtained by a violation of the protection against double jeopardy, (h) conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled, (i) denial of effective assistance of counsel (except during federal or state collateral postconviction proceedings), and (j) denial of right of appeal. This is not a complete list, and you may raise any other claims for relief you may have.

3. On a single habeas corpus application, you may challenge only one judgment of conviction. If you seek to challenge several judgments entered by different courts in different cases, you must file a separate application as to each judgment.

4. When your habeas corpus application is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

5. Each original document (except the original habeas corpus application) must include a certificate stating the date a copy of the document was mailed to the respondent(s) or his or her attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
____________________ (respondent(s) or counsel for respondent(s))
at ____________________ (address) on ____________, 20___.

____________________________
Applicant's Original Signature

6. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

ACCEPTED FOR VALUE EXEMPTED FROM LEVY 8 April, 2019 Anno Domini

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ___________-cv-___________-___________

______________________________,

Plaintiff(s),

v.

______________________________,

Defendant(s).

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related Undorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).
Pre-paid
Exempt From Levy
UCC Contract Trust Account Number: 70993400001682170235
Private Exemption Number: Preferred Stock
Date: 8 April 2019 Anno Domini

## PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a ☐ plaintiff ☐ defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☐ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **<u>I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed</u>** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

that, in the event this motion is granted, **<u>there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case</u>** – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

ACCEPTED FOR VALUE

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

EXEMPTED FROM LEVY, 8 April 2019 Anno Domini

(1) the nature and complexity of the action **[Briefly describe below]**;

(2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;

ACCEPTED FOR VALUE
EXEMPTED FROM LEVY
8 April, 2019 Anno Domini

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel **[Briefly describe below]**:

______________________________________________

______________________________________________

______________________________________________

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

**[Please check one or both of the following options:]**

☐ **General Representation –** I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

☐ **Limited Representation –** I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

______________________________________________

______________________________________________

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

"

ACCEPTED FOR VALUE - EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini

Dated at ________________(*city*), _____(*state*), this _____day __________, 201___.

_______________________________
(Unrepresented Prisoner's Name)

_______________________________
(Prisoner Identification Number)

_______________________________
(Complete Mailing Address)

Sean Michael Scott

"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

______________________________, Plaintiff,

v.

______________________________

______________________________

______________________________, Defendant(s).

______________________________

**PRISONER'S MOTION AND AFFIDAVIT**
**FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

______________________________

ACCEPTED FOR VALUE - EXEMPT FROM LEVY

I, the Undersigned, Accept For Value all related Undorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).

Pre-paid

Exempt From Levy

UCC Contract Trust Account Number: 70993408001682120235

Date: 8 April 2019 Anno Domini

Private Exemption Number: 476606073

Preferred Stock

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

______________________________

______________________________

(Rev. 10/01/12)

ACCEPTED FOR VALUE

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

________________________________________

________________________________________

EXEMPTED FROM LEVY, 8 April, 2019 Anno Domini

5. Are you in imminent danger of serious physical injury?

___ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

________________________________________

________________________________________

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. ***See*** 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ____________________
(Date)

____________________________
(Prisoner's Original Signature)

# AUTHORIZATION

I, ____________________________, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print) ____________________________

Prisoner Signature: ____________________________

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related
Undersigned's front and back, in accordance with
Uniform Commercial Code §§ 3-410; 3-419; & 10-104;
Public Law 73-10; and Public Policy - House Joint
Resolution (HJR) 192 of June 5, 1933 & Operation
of Law (Discharge of All Debts Public & Private).
Pre-paid Preferred Stock
Exempt From Levy Private Exemption Number: 476066673
UCC Contract Trust Account Number: 7099340001682120235
Date: 8 April 2019 Anno Domini

Sean Michael Scott

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: ____________________

Signature of Authorized Prison Official: ____________________

Date: ____________

ACCEPTED FOR VALUE – EXEMPT FROM LEVY

I, the Undersigned, Accept For Value all related Undorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy – House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).

Pre-Paid

Exempt From Levy

UCC Contract Trust Account Number: 7099340001682120235

Date: 8 April 2019 Anno Domini

Preferred Stock

Private Exemption Number: 47606673

Sean Michael Scott

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

______________________________, Plaintiff

v.

**ACCEPTED FOR VALUE - EXEMPT FROM LEVY**

I, the Undersigned, Accept For Value all related Endorsements, front and back, in accordance with Uniform Commercial Code §§ 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).

**Pre-paid**

**Exempt From Levy**

**UCC Contract Trust Account Number: 7099340000188220235**

**Date: 8 April 2019 Anno Domini**

**Private Exemption Number:**

**Preferred Stock**

______________________________,

______________________________,

______________________________,

______________________________,

______________________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

ACCEPTED FOR VALUE

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

______________________________________________

(Name, prisoner identification number, and complete mailing address)

______________________________________________

(Other names by which you have been known)

EXEMPTED FROM LEVY · 8 April 2019 Anno Domini

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) ______________________________

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

ACCEPTED FOR VALUE

EXEMPTED FROM LEVY

8 April, 2019 Anno Domini

Defendant 2: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

**C. JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) ______________________________________________

"

ACCEPTED FOR VALUE EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ____________________________________________

Supporting facts:

Sec Michael Scott

"

ACCEPTED FOR VALUE EXEMPTED FROM LEVY, 8 April, 2019 Anno Domini

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ______________________________

Docket number and court: ______________________________

Claims raised: ______________________________

Disposition: (is the case still pending?; has it been dismissed?; was relief granted?) ______________________________

Reasons for dismissal, if dismissed: ______________________________

Result on appeal, if appealed: ______________________________

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

ACCEPTED FOR VALUE

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

________________________________
(Plaintiff's signature)

________________________________
(Date)

(Form Revised December 2017)

## INFORMATION AND INSTRUCTIONS FOR FILING A PRISONER COMPLAINT

Attached are the forms you will need to file a Prisoner Complaint. All questions must be answered clearly and concisely in the appropriate space on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the Prisoner Complaint and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The complaint must be accompanied by the full $350.00 filing fee plus an additional $50.00 administrative fee, for a total payment of $400.00. The fees may be paid in cash, by money order, by credit card, or by check payable to: Clerk, U.S. District Court. There are no fees for a jury demand, an answer, or other similar papers. A schedule of other fees charged by the Court is attacked to the Local Rules of Practice for the United States District Court for the District of Colorado. A copy of the Local Rules of Practice is available from the Clerk of the Court or from the Court's website.

3. If you want to commence an action without prepayment of fees or security, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a signed authorization for disbursement of funds from your inmate trust fund account and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each penal institutional at which you are or were confined during the six-month period. The Court cannot consider the merits of the claims asserted in any complaint filed without either the required filing fees paid in advance or a properly completed motion, affidavit, authorization, and certified copy of your trust fund account statement (or institutional equivalent).

ACCEPTED FOR VALUE EXEMPTED FROM LEVY 8 April, 2019 Anno Domini

4. If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1. Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2. You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3. When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
____________________ (defendant(s) or counsel for defendant(s))
at ____________________ (address) on ____________, 20____.

______________________________
Plaintiff's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

## Notices

1:19-cv-00307-GPG Scott v. No Named Defendants

JD4,PS8

**U.S. District Court - District of Colorado**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 3/12/2019 at 2:21 PM MDT and filed on 3/11/2019

**Case Name:** Scott v. No Named Defendants
**Case Number:** 1:19-cv-00307-GPG
**Filer:** Sean Michael Scott
**Document Number:** 6

**Docket Text:**
**NOTICE of Dishonor by Plaintiff Sean Michael Scott (angar, )**

**1:19-cv-00307-GPG Notice has been electronically mailed to:**

**1:19-cv-00307-GPG Notice has been mailed by the filer to:**

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/12/2019] [FileNumber=6938184-0
] [72fbcfa186905b0a2d9ef54381d9fcb214574a16cf78c14c4de4e0f66087508fefa
5390321d99ba7309dddc1b0af4b522e1f42880499480832a8179b52707045]]

**ACCEPTED FOR VALUE - EXEMPT FROM LEVY**

I, the Undersigned, Accept For Value all related Endorsements, front and back, in accordance with Uniform Commercial Code SS 3-410; 3-419; & 10-104; Public Law 73-10; and Public Policy - House Joint Resolution (HJR) 192 of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).

**Pre-paid**
**Exempt From Levy**
**UCC Contract Trust Account Number: 7999340000168212023 5**
**Date: 8 April 2019 Anno Domini**
**Private Exemption Number: 476006673**
**Preferred Stock**

Sean Michael Scott

## Other Orders/Judgments

1:19-cv-00307-GPG Scott v. No Named Defendants

JD4,PS8

**U.S. District Court**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered on 3/18/2019 at 3:46 PM MDT and filed on 3/18/2019

**Case Name:** Scott v. No Named Defendants
**Case Number:** 1:19-cv-00307-GPG
**Filer:**
**Document Number:** 7

**Docket Text:**
**MINUTE ORDER. Sean Michael Scott filed a document on March 11, 2019, entitled "Notice of Dishonor" (ECF No. [6]), which is not responsive to the Court's February 5, 2019, Order Directing Sean Michael Scott to Cure Deficiencies (ECF No. [3]). The Court will take no action with regard to the filing. Mr. Scott is reminded that he has up to and including April 10, 2019, to cure the deficiencies set forth in the February 5, 2019, order to cure. Mr. Scott again is advised that the action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed by Magistrate Judge Gordon P. Gallagher on 3/18/2019. (angar, )**

**1:19-cv-00307-GPG Notice has been electronically mailed to:**

**1:19-cv-00307-GPG Notice has been mailed by the filer to:**

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/18/2019] [FileNumber=6947319-0 ] [2b9694996ed01203384253547e5ece3489bc22ba272bede7341d6ad881542ae7c00 8b485fe53badd05d12000a9e4baa60fbf30d4ac8a8a77334afc9e3f35d7f7]]

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related
Endorsements, front and back, in accordance with
Uniform Commercial Code §§ 3-410; 3-419; & 10-104;
Public Law 73-10, and Public Policy - House Joint
Resolution (HJR) 192 of June 5, 1933 & Operation
of Law (Discharge of All Debts Public & Private)
Pre-paid
Exempt From Levy
UCC Contract Trust Account
Date: 8 April 2019 Amount:
Private Registered Stock
Private Exemption Number: 08340001682120235

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00307-GPG

SEAN MICHAEL SCOTT,

Plaintiff,

v.

[NO NAMED DEFENDANT]

Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

Sean Michael Scott filed a document on March 11, 2019, entitled "Notice of Dishonor" (ECF No. 6), which is not responsive to the Court's February 5, 2019, Order Directing Sean Michael Scott to Cure Deficiencies (ECF No. 3). The Court will take no action with regard to the filing. Mr. Scott is reminded that he has up to and including **April 10, 2019**, to cure the deficiencies set forth in the February 5, 2019, order to cure. Mr. Scott again is advised that the action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed.

Dated: March 18, 2019

---

**ACCEPTED FOR VALUE - EXEMPT FROM LEVY**

I, the Undersigned, **Accept For Value** all related Undorsements, front and back, in accordance with Uniform Commercial Code **§§ 3-410; 3-419; & 10-104;** Public Law **73-10;** and Public Policy - House Joint Resolution **(HJR) 192** of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private)

**Prepaid**

**Exempt From Levy**

**UCC Contract Trust Account**

**Private Registered Stock**

**Private Exemption Number:**

**Date: 8 April 2019**

**Account Number: 709324000168212035**

476061673

Michael Scott

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 3/19/2019 at 11:10 AM MDT and filed on 3/18/2019

**Case Name:** Scott v. No Named Defendants

**Case Number:** 1:19-cv-00307-GPG

**Filer:** Sean Michael Scott

**Document Number:** 8

**Docket Text:**
**AFFIDAVIT of Sovereignty and Treaty of Peace to the World by Plaintiff Sean Michael Scott. (angar, )**

**1:19-cv-00307-GPG Notice has been electronically mailed to:**

**1:19-cv-00307-GPG Notice has been mailed by the filer to:**

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/19/2019] [FileNumber=6948734-0
] [7efb75be116453326b50ce345d70b3b54e33a671c12fa6b6e2c973dfa6078e240cd
2ae97ff077c8c263bf3ecb773521ae01f4ee838ad2b027febed3475b050c5]]

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept For Value all related
Endorsements front and back, in accordance with
Uniform Commercial Code §§ 3-410; 3-419; & 10-104;
Public Law 73-10, and Public Policy - House Joint
Resolution (HJR) 192 of June 5, 1933 & Operation
of Law (Discharge of All Debts Public & Private).
Pre-paid
Exempt From Levy
UCC Contract Trust Account Number: 70993400016820235
Date: 8 April 2019 Anno Domini
Private Exemption Number: 47[illegible]673
Preferred Stock

Sean-Michael Scott

" ACCEPTED FOR VALUE - EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini "

**ACCEPTED FOR VALUE - EXEMPT FROM LEVY**

I, the Undersigned, **Accept For Value** all related Undorsements, front and back, in accordance with Uniform Commercial Code **§§ 3-410; 3-419;** & **10-104;** Public Law **73-10;** and Public Policy - House Joint Resolution **(HJR) 192** of June 5, 1933 & Operation of Law (Discharge of All Debts Public & Private).

**Preferred Stock**

**Pre-paid** **Private Exemption Number:** 476061673

**Exempt From Levy**

**UCC Contract Trust Account Number: 7099340001682120235**

**Date: 8 April 2019 Anno Domini**

Sean Michael Scott

" OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
CO 802
'19
PM

ACCEPTED FOR VALUE - EXEMPT FROM LEVY ; 8 April, 2019 Anno Domini

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

Sean Michael Scott "

81003-252406

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
19 MAR '19
PM 6 L

"ACCEPTED FOR VALUE - EXEMPTED FROM LEVY ; 8 April, 2019 Anno Domini Sean Michael Scott"

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

81003-252406

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
CO 802
14 MAR '19
PM 3 L

" ACCEPTED FOR VALUE - EXEMPT FROM LEVY ; 8 April, 2019 Anno Domini Sean Michael Scott "

Sean Michael Scott
306 West 22nd Street
Pueblo, CO 81003

Sean Michael Scott c/o 37543013
Federal Correctional Institution - La Tuna
Post Office Box 3000
Anthony, New Mexico Republic
America [88021]

CERTIFIED MAIL

7018 2290 0002 0445 2462




⇔37543-013⇔
Clerk Of Us District Court
"Without Prejudice"
901 19TH ST
Room A105
Denver, CO 80294-3589
United States

SPECIAL
LEGAL MAIL

SPECIAL
LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE