IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00307-LTB

SEAN MICHAEL SCOTT,

    Plaintiff,
v.

[NO NAMED DEFENDANT]

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 17, 2019, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff. DATED at Denver, Colorado, this 17 day of April, 2019.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ A. Garcia Garcia
                          Deputy Clerk